UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MICHAEL O'KEEFE,<br>　　　　Defendant. | Case No. 19-cr-00257-SI-1<br><br>**ORDER RE: PROTECTIVE ORDER** |

On September 17, 2019, the Court held a hearing regarding an issue raised by defendant O'Keefe's counsel about the proposed protective order in this case. The issue involves the retention of discovery containing "Protected Information" following resolution of the criminal case. At the hearing, defense counsel stated that he would be amenable to the government providing him with a set of redacted discovery.

The Court finds that this is a reasonable solution that will permit defense counsel to retain the discovery after the conclusion of this case while addressing the government's concerns about protecting personal identifying information contained in the discovery. Accordingly, the Court directs the government to provide defendant O'Keefe's counsel a redacted set of discovery. The parties shall meet and confer and submit a revised proposed protective order that reflects this order.

**IT IS SO ORDERED**.

Dated: October 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge