PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Jaqueline Scott Corley<br>U.S. Magistrate Judge | **RE:** | Okeefe, Michael |
| **FROM:** | Sheri Broussard,<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:19-cr-00257-WHO-5 |
| **Date:** | November 19, 2021 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Sheri Broussard                                                  415-436-7511
**U.S. Pretrial Services Officer**                               **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A. Defendant must reside in a halfway house at 111 Taylor Street, must comply with all conditions of that facility and may only leave for medical, substance use or mental health treatment; attorney visits; court appearances; court approved obligations or other activities approved in advance by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____

_Jacqueline Scott Corley_                     November 19, 2021
**JUDICIAL OFFICER**                           **DATE**